No. 75–1181. BATTERTON, SECRETARY, DEPARTMENT OF HUMAN RESOURCES OF MARYLAND, ET AL. *v.* FRANCIS ET AL. C. A. 4th Cir. [Certiorari granted, 429 U. S. 939.] Motion of the Chamber of Commerce of the United States for divided argument and/or additional time for oral argument denied.

No. 76–63. HUNT, GOVERNOR OF NORTH CAROLINA, ET AL. *v.* WASHINGTON STATE APPLE ADVERTISING COMMISSION. Appeal from D. C. E. D. N. C. [Probable jurisdiction postponed, *sub nom. Holshouser.* v. *Washington State Apple Advertising Comm'n,* 429 U. S. 814.] Motion of appellee for leave to file supplemental brief after argument granted.

No. 76–423. PUYALLUP TRIBE, INC., ET AL. *v.* DEPARTMENT OF GAME OF WASHINGTON ET AL. Sup. Ct. Wash. [Certiorari granted, 429 U. S. 976.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* granted and 15 additional minutes allotted for that purpose. Respondents also allotted 15 additional minutes for oral argument.

No. 76–919. FORT BELKNAP INDIAN COMMUNITY, FORT BELKNAP INDIAN RESERVATION *v.* DISTRICT COURT OF THE TWELFTH JUDICIAL DISTRICT OF MONTANA, IN AND FOR THE COUNTY OF BLAINE, ET AL. Sup. Ct. Mont. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 76–5187. LEE *v.* UNITED STATES. C. A. 7th Cir. [Certiorari granted, 429 U. S. 1037.] Motion for appointment of counsel granted, and it is ordered that Joseph P. Bauer, Esquire, of Notre Dame, Ind., be appointed to serve as co-counsel for petitioner in this case.

No. 76–5416. JONES *v.* HILDEBRANT ET AL. Sup. Ct. Colo. [Certiorari granted, 429 U. S. 1061.] Motion of Lawyers' Committee for Civil Rights Under Law et al. for leave to file a brief as *amici curiae* granted.